IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA

| ADRIAN D. BISHOP, | ) | |
|---|---|---|
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | No. CIV-15-421-C |
| | ) | |
| LARRY COX, et al., | ) | |
| | ) | |
| Defendants. | ) | |

O R D E R

In a Report and Recommendation issued May 18, 2015 (Dkt. No. 8), Magistrate Judge Purcell recommended dismissal without prejudice for failure to comply with the Court's Order, specifically the in forma pauperis form and required certification. On June 10, Plaintiff filed the form and certification.

Accordingly, the Report and Recommendation is adopted, but because the necessary application and certificate have now been filed, dismissal is not appropriate. The matter is again referred to Judge Purcell consistent with the original order of referral.

IT IS SO ORDERED this 11th day of June, 2015.

ROBIN J. CAUTHRON
United States District Judge